SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

KESLIE STEWART (CABN 184090)
Assistant U.S. Attorney

1301 Clay Street
Oakland, CA 94612
Telephone: (510) 637-3680
Facsimile: (510) 637-3724

Attorneys for the United States

FILED
2007 NOV -8 AM 9: 03

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 07-70664 WDB |
| Plaintiff, ) | |
| ) | NOTICE OF PROCEEDINGS ON |
| v. ) | OUT-OF-DISTRICT CRIMINAL |
| ) | CHARGES PURSUANT TO RULES |
| RICKEY MEALS, ) | 5(c)(2) AND (3) OF THE FEDERAL RULES |
| ) | OF CRIMINAL PROCEDURE |
| Defendant. ) | |
| ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on November 7, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an indictment pending in the District of Maryland, Case Number 07-CR-0436 (copy attached).

In that case, the defendant is charged with a violation of Title 21, United States Code, Sections 846, as more fully described below:

> The indictment alleges that beginning on a date unknown to the Grand Jury, but at least as of in or about November 2003, and continuing through in or about February 2006, in the District of Maryland and elsewhere, the defendants, RICKEY ERIC MEALS and AMADI AMMA ZAID, did knowingly combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing phencyclidine, commonly referred to as PCP, a Schedule III controlled substance.

1

1 | The maximum penalty for this offense is life imprisonment (with a mandatory minimum 10 years
2 | imprisonment), a $4,000,000 fine, a lifetime period of supervised release (with a minimum of 5
3 | years of supervised release), and a special assessment of $100.
4 |
5 | DATED: November 8, 2007

Respectfully Submitted,

SCOTT N. SCHOOLS
UNITED STATES ATTORNEY

KESLIE STEWART
Assistant U.S. Attorney

# United States District Court
## District of Maryland



UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

Case No. DKC-07-CR-0436

Rickey Eric Meals

TO: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Rickey Eric Meals** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him/her with (brief description of offense):

in violation of Title 21 United States Code, Section(s) 846

Felicia C. Cannon                               Clerk, U.S. District Court
Name of Issuing Officer                          Title of Issuing Officer

(signature)                                      October 30, 2007    Greenbelt, MD
(By) Deputy Clerk                                Date and Location

Bail fixed at $ No Recommendation                Charles B. Day, United States Magistrate Judge
                                                 Name of Judicial Officer

COPY
FOR INVESTIGATIVE PURPOSES
ORIGINAL ON FILE WITH
U.S. MARSHAL
BALTIMORE, MARYLAND

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

U.S. DISTRICT COURT (Rev. 12/98)


BXS/USAO#2007R00805

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

2007 SEP 26  P 2: 40

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. **JFM-07 CR 0436** |
| | * |
| RICKEY ERIC MEALS and | * (Conspiracy to Distribute |
| AMADI AMMA ZAID | * Phencyclidine, 21 U.S.C. § 846) |
| | * |
| Defendants | * |

\*\*\*\*\*\*\*

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges that:

Beginning on a date unknown to the Grand Jury, but at least as of in or about November 2003, and continuing through in or about February 2006, in the District of Maryland and elsewhere, the defendants,

**RICKEY ERIC MEALS and
AMADI AMMA ZAID,**

did knowingly combine, conspire, confederate and agree with one another and with others known and unknown to the Grand Jury to distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of phencyclidine, commonly referred to as PCP, a Schedule III controlled substance.

21 U.S.C. § 846

*Rod J. Rosenstein/wss*
ROD J. ROSENSTEIN
UNITED STATES ATTORNEY

A TRUE BILL:

_____        26 Sep 07
FOREPERSON                    Date

2