1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH, (CABN 163973)
   Chief, Criminal Division
4  KIMBERLY M. BRIGGS (CABN 132043)
   Assistant United States Attorney
5
     1301 Clay Street, Suite 340-S
6    Oakland, CA 94612
     Telephone: (510) 637-3717
7    FAX: (510) 637-3724
     Kimberly.Briggs@usdoj.gov
8
   Attorneys for the United States

               UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
                     OAKLAND DIVISION

UNITED STATES OF AMERICA    )    No. CR-07-70664 WDB
                            )
        v.                  )
                            )
RICKEY MEALS,               ) NOTICE OF SUBSTITUTION
                            ) OF ATTORNEY
                            )
        Defendant.          )
_____)

   Please take notice that as of November 8, 2007, the Assistant U.S. Attorney whose name, address, telephone number and email address is listed below is associated as co-counsel for the government.

                Assistant U.S. Attorney Kimberly Briggs
                  1301 Clay Street, Suite 340S
                       Oakland, CA 94612
                    Telephone: (510) 637-3695
                    Kimberly.Briggs@usdoj.gov

DATED: November 9, 2007          Respectfully submitted,

                                 SCOTT N. SCHOOLS
                                 United States Attorney

                                   /s/
                                 _____
                                 KIMBERLY BRIGGS
                                 Assistant United States Attorney