AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **CALIFORNIA, OAKLAND DIVISION**

UNITED STATES OF AMERICA
V.
RICKEY ERIC MEALS

**COMMITMENT TO ANOTHER DISTRICT**

FILED NOV 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| 4-07-70664-WDB | 07-CR-0436 | 4-07-70664-WDB | 07-CR-0436 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**
☒ Indictment  ☐ Information  ☐ Complaint  ☐ Other (specify)

charging a violation of  Title 21  U.S.C. § 846

**DISTRICT OF OFFENSE**
U.S. District Court, District of Maryland, Greenbelt

**DESCRIPTION OF CHARGES:**

Conspiracy to Distribute and possess with intent to distribute one kilogram or more of a mixture or substance containing a detectable amount of phencyclidine, commonly referred to as PCP, a Scheule III controlled substance.

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☒ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) On Nov. 14, 2007, the defendant waived his Identity/Removal Hearing in the District of Arrest.

**Representation:** ☒ Retained Own Counsel  ☐ Federal Defender Organization  ☐ CJA Attorney  ☐ None

**Interpreter Required?** ☒ No  ☐ Yes  Language: _____

---

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

**TO: THE UNITED STATES MARSHAL**

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11-20-07
Date

_Wayne D. Brazil_
United States ~~Judge or~~ Magistrate Judge  **WAYNE D. BRAZIL**

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |