UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

November 21, 2007

General Court Number
510.637.3530

NOV 26 2007

CLERK U.S. DISTRICT
DISTRICT OF MARYLAND
BY_____ DEPC

Office of the Clerk
U.S. District Court, District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

07-0436

FILED
NOV 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| Case Name: | US-v-Rickey Erick Meals |
| Case Number: | 4-07-70664-WDB    District of Maryland #07-CR-0436 |
| Charges: | 21:846 Conspiracy to distribute and possess with intent to distribute a controlled substance |

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Wayne D. Brazil. The following action has been taken:

(X)   The U.S. Marshal has been ordered to remove this defendant
       to your district forthwith.
( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
         original Rule 5 affidavit
         certified copy of *AO 94, Commitment to Another District*

**Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.**

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Kelly Collins
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

DKC 07-CR-0436.

Date: 11/27/07

CLERK, U.S. DISTRICT COURT
By _____
Deputy Clerk